Carl A. Metz, appellee, v. Brisch Brick Company, appellant. Gen. No. 38,226.

Opinion filed December 30, 1935.

Litsinger, Healy, Reid & Bye, for appellant. Bennett & Colbach, for appellee.

Mr. Presiding Justice Scanlan delivered the opinion of the court.

Morris Minkus, appellee, v. J. F. Fisher et al., appellants. Gen. No. 38,548.

Opinion filed December 30, 1935.

Scott, MacLeish & Falk, for certain appellant. Harry B. Daley, for certain other appellants; John J. Yowell, of counsel. Kahn & Kahn, for appellee.

Mr. Presiding Justice Scanlan delivered the opinion of the court.

Ohio Millers Mutual Insurance Company, appellee, v. Inter-Insurance Exchange of the Illinois Automobile Club et al., appellants. Gen. No. 37,981.

Opinion filed December 30, 1935. Rehearing denied January 11, 1936.

Ode L. Rankin, for appellants. Bradley, Harper, Huss & Rehm, for appellee; Samuel A. Harper and Walter Sczudlo, of counsel.

Mr. Justice Friend delivered the opinion of the court.

Foreman-State National Bank, appellant, v. Charles A. Sistek et al., appellees. Gen. No. 38,026.

Opinion filed December 30, 1936. Rehearing denied January 11, 1936.

Robert L. Wright, for appellant. Bryant, Roberts, Hwass & Lewe and Alexander W. Jamieson, for appellees; John M. Bryant, of counsel.

Mr. Justice Friend delivered the opinion of the court.